UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS & ALLIED TRADES <br> DISTRICT COUNCIL NO. 35 <br>     Plaintiff, <br><br> v. <br><br><br> ALLIED PAINTING & DECORATING <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )     C.A. No.: 05-10034-JLT <br> ) <br> ) <br> ) <br> ) <br> ) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court issue a Notice of Default to Defendant Allied Painting & Decorating, in the above-captioned action.  Defendant Allied Painting & Decorating, was served with the complaint on January 20, 2005.  Copies of proof of service are attached.  As of this date, Defendant has not filed an Answer or any other responsive pleading to the complaint.

                                        Plaintiff,
                                        Painters and Allied Trades District Council No. 35
                                        By its attorney,


                                        /s/ Michael A. Feinberg
                                        Michael A. Feinberg
                                        Feinberg, Campbell & Zack, P.C.
                                        177 Milk Street
                                        Boston, MA 02109
                                        (617) 338-1976

DATED:  May 10, 2005

## CERTIFICATE OF SERVICE

    I, Michael A. Feinberg, hereby certify that on this day, I mailed a copy of the enclosed documents to Robert P. Smith, President, Allied Painting & Decorating, P.O. Box 1646, Wall, NJ 07719.

                                         /s/ Michael A. Feinberg
                                         Michael A. Feinberg

DATED:  May 10, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>Plaintiff,<br><br>v.<br><br>ALLIED PAINTING & DECORATING<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 05-10034-JLT<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

The summons and the complaint in this action upon Robert P. Smith, President, Allied Painting & Decorating on January 20, 2005, by U.S. certified mail, return receipt requested. A copy of the return receipt is attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 5th day of May, 2005.

/s/ Michael A. Feinberg
Michael A. Feinberg
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

VB
4.88

Sent To: Rbt Smith
Street, Apt. No.; or PO Box No.: Allied Paint & Deco
City, State, ZIP+4:

7002 3150 0000 6548 8180

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert P. Smith, President
Allied Painting & Decorating
P.O. BOX 1648
Wall, NJ 07719

7002-3150-0000-6548-8180

2. Article Number (Transfer from service label): 7002 3150 0000 6548 8180

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _Gail Alberti_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Gail Alberti
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

[Postmark: WALL NJ 07719 USPS JAN 20 2005]

3. Service Type:
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes