UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Painters & Allied Trades District Council No. 35** <br> Plaintiff | CIVIL ACTION <br><br> NO. 05-cv-10034 JLT |
| V. | |
| **Allied Painting & Decorating** <br> Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Painters & Allied Trades District Council No. 35** for an order of Default for failure of the Defendant, **Allied Painting & Decorating**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **17th** day of **May, 2005**.

        SARAH A. THORNTON
        CLERK OF COURT


By: **/s/ Kimberly M. Abaid**
     Deputy Clerk

Notice mailed to:
Counsel of Record

(Default Notice.wpd - 3/7/2005)