UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES<br>DISTRICT COUNCIL NO. 35<br>        Plaintiff,<br><br><br><br>ALLIED PAINTING & DECORATING<br>        Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-10034-JLT<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF MICHAEL A. FEINBERG**
**IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS**

Michael A. Feinberg deposes and says as follows:

1. I am a partner in the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 3.0 hours charged at the rate of $215.00 per hour. Accordingly, the amount of legal fees incurred by the Fund as a result of work performed by this office is $645.00. The costs incurred total $154.88. An itemized copy of Plaintiff's attorney fees and costs is attached hereto as Exhibit A.

3. The total attorney's fees and costs incurred by the Plaintiff are $799.88.

SIGNED UNDER PENALTIES OF PERJURY THIS 7th DAY OF JUNE, 2005.

/s/ Michael A. Feinberg
Michael A. Feinberg, BBO #161400

Date: 06/06/2005 | **Detail Transaction File List** | Page: 1
Feinberg, Campbell & Zack, P.C.

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 121.036 | 01/05/2005 | 1 | A | 18 | 215.00 | 1.50 | 322.50 | Preparation of Complaint and Summons<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Allied Painting & Decorating | ARCH |
| 121.036 | 05/10/2005 | 1 | P | 18 | 215.00 | 1.00 | 215.00 | Preparation of Notice of Default<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Allied Painting & Decorating | 2 |
| 121.036 | 06/07/2005 | 1 | P | 18 | 215.00 | 1.50 | 322.50 | Preparation of Motion for Summary Judgment<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Allied Painting & Decorating | 3 |

| Total for Fees | | | Billable | 3.00 | 645.00 |
|---|---|---|---|---|---|
| | | | Non-billable | 1.00 | 215.00 |
| | | | Total | 4.00 | 860.00 |

| **Advances** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 121.036 | 01/05/2005 | 1 | A | 114 | | | 150.00 | Filing Fees/ US District Court<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Allied Painting & Decorating | ARCH |
| 121.036 | 01/18/2005 | 1 | A | 54 | | | 4.88 | Certified Mail Cost - letter to Robert Smith, Pres.<br>N E. Ptng. & Glaz. Ind. DC #35 Jt. Bd.<br>Allied Painting & Decorating | ARCH |

| Total for Advances | | Billable | 0.00 | 154.88 |
|---|---|---|---|---|

**GRAND TOTALS**

| | Billable | 3.00 | 799.88 |
|---|---|---|---|
| | Non-billable | 1.00 | 215.00 |
| | Total | 4.00 | 1014.88 |