UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES <br> DISTRICT COUNCIL NO. 35 <br> Plaintiff, <br> <br> <br> ALLIED PAINTING & DECORATING <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 05-10034-JLT <br> ) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

A default has been entered against Allied Painting & Decorating on May 17, 2005, for failing to answer or otherwise defend.

Now, upon application and declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $30,909.51 pursuant to the arbitration award, interest in the amount of $2,318.18 and reasonable attorney's fees and costs in the amount of $799.88; and that Defendant Allied Painting & Decorating, is not an infant nor an incompetent person, nor in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $34,027.57.  Motions for default judgment brought by the Plaintiff in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

Dated this ____ day of June, 2005.

BY THE COURT

_____
U.S. District Court Judge