U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Painters & Allied Trades District Council No. 11 | 05-10034-JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Allied Painting & Decorating | First Execution |

FILED
CLERKS OFFICE
2006 MAR -1 P 1:53
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert P. Smith, President/Allied Painting & Decorating

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1715 State Hwy 34, Farmingdale, NJ 07724

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 617-338-1976
DATE: 2/10/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 2/13/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | 8— | 8— | | | |

REMARKS:  Fwd to USMS D/NJ 02/13/06 NT

Judgment must be filed with The USDC in New Jersey along with an affidavit.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**               **CIVIL ACTION 05-10034-JLT**

To the United States Marshal for the District of Massachusetts or his deputies;

**WHEREAS,** Painters and Allied Trades District Council No. 35, has recovered a Judgment in this Court against Allied Painting & Decorating, on the 28th day of June, 2005 for the sum of $34,027.57 debt or damage, including prejudgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU,** therefore, that of the good and chattels or lands of said Judgment Debtor, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $34,027.57 in the whole, with interest thereon at the rate of 3.82% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said court, at Boston, MA within Twenty (20) years after the date of said judgment or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 26th day of September, 2005

_____
Deputy Clerk