UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                             CIVIL ACTION 05-10034-JLT

To the United States Marshal for the District of Massachusetts or his deputies;

**WHEREAS**, Painters and Allied Trades District Council No. 35, has recovered a Judgment in this Court against Allied Painting & Decorating, on the 28th day of June, 2005 for the sum of $34,027.57 debt or damage, including prejudgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU**, therefore, that of the good and chattels or lands of said Judgment Debtor, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $34,027.57 in the whole, with interest thereon at the rate of 3.82% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said court, at Boston, MA within Twenty (20) years after the date of said judgment or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 26to day of September, 2005

EXECUTION SETTLED BY COMPROMISE
5/2/06
Painters and Allied Trades
District Council No. 35
By Jonathan M. Conti, Esq.

_____
Deputy Clerk